UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:11-cr-112-Orl-28DAB

CARLOS ALBERTO HEREU

**NOTICE OF MAXIMUM PENALTY, ELEMENTS OF OFFENSE,
PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS**

The elements of Count One are:

First: Two or more persons in some way or manner, came to a mutual understanding to try to accomplish a common or unlawful plan, as charged in the indictment;

Second: The defendant, knowing the unlawful purpose of the plan, willfully joined in it;

Third: The object of the unlawful plan was to manufacture, or possess with intent to manufacture or distribute marijuana, as charged; and

Fourth: The mixture and substance containing a detectable amount of marijuana consisted of one thousand or more plants.

The elements of Count Two are:

First: The defendant knowingly and intentionally manufactured or possessed marijuana, as charged;

Second: The defendant manufactured, or possessed the substance with the intent to manufacture or distribute it; and

Third: The mixture and substance containing a detectable amount of marijuana consisted of one thousand or more plants.

## PENALTY

Count One is punishable by a mandatory minimum term of imprisonment of 10 years up to life imprisonment, a fine of not more than $4 million, a term of supervised release of no less than 5 years, and a mandatory special assessment of $100, said special assessment to be due on the date of sentencing.

Count Two is punishable by a mandatory minimum term of imprisonment of 10 years up to life imprisonment, a fine of not more than $4 million, a term of supervised release of no less than 5 years, and a mandatory special assessment of $100, said special assessment to be due on the date of sentencing.

With respect to certain offenses, the Court shall order the defendant to make restitution to any victim of the offenses, and with respect to other offenses, the Court may order the defendant to make restitution to any victim of the offenses, or to the community.

## FACTUAL BASIS

### Summary

Based on information received from a cooperating source ("CS") and corroborating information, a search warrant was obtained for 2388 Titan Row, a warehouse in Orlando, Orange County, Florida, within the Middle District of Florida. The warehouse was searched on March 7, 2011, and found to contain over one thousand marijuana plants with active root systems and an active marijuana grow operation. Carlos Alberto Hereu ("HEREU") was identified as the person actively overseeing the operation by the CS, and the CS also noted several others involved including two Mexican workers. HEREU and Luis Antonio Gomez-Garcia ("GOMEZ-

GARCIA"), one of the two Mexican workers, were found in the warehouse when the search warrant was executed. Both were interviewed after being advised of their constitutional rights, and made inculpatory statements. HEREU was also audiotaped several days earlier in a controlled encounter with the CS.

## Information from CS

On March 4, 2011, DEA Task Force Agent ("TFA") Terence Nicolas and DEA Special Agent ("SA") Mabel Reyes interviewed the CS. The CS stated that the CS had information on the marijuana cultivation and manufacture activities of HEREU. The CS stated that the CS also believed that HEREU had an active arrest warrant for drug related offenses. TFA Nicolas confirmed that HEREU had an active warrant verified through the National Criminal Information Center ("NCIC") for Possession of Marijuana that was issued as a result of the request of DEA Miami in 1999. The CS advised that the CS had recently and frequently been inside a commercial building located at 2388 Titan Row. The CS stated that the building contained approximately one hundred lights used to facilitate plant growth and approximately one thousand three hundred marijuana plants.

The CS advised that the CS was hired by HEREU to do legitimate handyman and electrical work at HEREU's home, approximately two and a half years ago. According to the CS, approximately one year ago, HEREU again contacted the CS. The CS stated that HEREU had a building located at 2388 Titan Row that was owned by another person. The CS was hired by HEREU to perform electrical work at the 2388 Titan Row location, that would facilitate a large marijuana growing operation. The CS advised that the CS diverted power from the outside of the building to bypass the

electrical meter, at HEREU's request. The CS stated that the CS also installed approximately one hundred lights, timers, and wiring used to provide an alternative light source that would be conducive to a marijuana manufacturing operation. The CS stated that two unknown Mexican males also assisted with setting up the other components of the operation, including irrigation and drainage. According to the CS, the building is always occupied due to HEREU's fear that someone may burglarize the building if it is left unattended. The two unknown Mexican males rotate shifts starting at 7 a.m. and 7 p.m., to provide security and also to help maintain the plants. The CS stated that the CS has a key to the building that was provided by HEREU, which the CS uses to access the building to perform work. The CS stated that the CS was paid approximately $1,500.00 per week in cash for services rendered.

The CS said that there are approximately one thousand three hundred marijuana plants growing inside this location. The CS advised that approximately four hundred of the plants are over five feet high and expected to produce marijuana buds toward the end of March or the beginning of April. The CS said that the marijuana would be harvested and HEREU expects to sell the marijuana to an unknown buyer for between $3,000.00 and $3,600.00 per pound of marijuana. The CS stated that the remaining approximately nine hundred plants were in various stages of growth and would be rotated as the larger plants were harvested.

The CS provided the telephone number for HEREU.

The CS stated that HEREU wanted to meet with the CS on March 5, 2011, to pay for the CS's services and to give the CS money to purchase electrical supplies for the cultivation operation.

4

Proactive Investigation

March 5, 2011, Recorded Conversation Between CS and HEREU

On March 5, 2011, at approximately 8:30 a.m., TFA Nicolas and members of the DEA Orlando District Office Task Force Group met with the CS at a predetermined location. The CS and the CS's vehicle were searched for contraband and found to contain no contraband. The CS was provided with audio transmitting and recording equipment to record any relevant conversations. The CS traveled to 2388 Titan Row while under constant surveillance of assisting Agents. At approximately 8:45 a.m., the CS arrived at 2388 Titan Row, parked the CS's vehicle at the rear of the building, and entered the location. While inside, the CS took digital photos of the marijuana plants and the inside of the building. The photos showed a large number of plants which had an appearance consistent with marijuana plants. One photo showed marijuana plants in front of a ruler which showed some of the plants to be greater than 64 inches in height. There were photos of smaller plants that appeared to be several inches in height which were growing in pots of soil. The photos showed large light sources, light reflectors, and irrigation tubing which were used to facilitate the growth of the plants. The photos, along with photos taken on a previous date of electrical wiring and circuit breaker boxes, were later turned over to TFA Nicolas by the CS.

At approximately 9:25 a.m., a black Mercedes Benz arrived at the warehouse. The vehicle parked in the area of the CS's vehicle and the driver entered the building. The CS stated that HEREU was driving this vehicle as he does frequently. HEREU entered the building and spoke with the CS. HEREU provided the CS with $1,300.00 as payment for the CS's electrician services and another $300.00 to pay for supplies

needed for the marijuana growing operation. The CS was equipped with audio recording and transmitting devices, and the conversation between the CS and HEREU was captured on audio tape. The CS and HEREU spoke in Spanish about maintenance activities necessary to cultivate the marijuana plants.

At approximately 9:47 a.m., the CS departed the location. The CS was followed to a Home Depot store located in Orlando. The CS went inside the Home Depot and purchased electrical wiring and timers for use in the marijuana grow. The CS met with surveillance Agents following the purchase and turned over the receipt in the amount of $403.57. Agents also downloaded the digital photos taken of the marijuana grow operation and recovered the audio recording and transmitting devices. DEA TFA Leo Conde and TFA Nicolas took possession of the audio equipment and recording and digital photographs from the CS.

At approximately 10:20 a.m., surveillance Agents observed the black Mercedes Benz depart 2388 Titan Row. Agents also confirmed that the vehicle was driven by a bald male that matched the description of HEREU. Agents then discontinued the surveillance on the vehicle.

At approximately 10:26 a.m., the CS arrived back at 2388 Titan Row and brought the purchased items inside. At approximately 10:35 a.m., the CS departed the location. Later, the CS met with DEA TFA James Carlies and provided TFA Carlies with copies of the keys to 2388 Titan Row.

## Search Warrant Authorized and Executed

On March 6, 2011, a United States Magistrate Judge authorized a search warrant for 2388 Titan Row.

On March 7, 2011, TFA Nicolas and other law enforcement officers executed the search warrant at 2388 Titan Row. During the execution of the search warrant, HEREU and GOMEZ-GARCIA were found inside the building located at 2388 Titan Row, along with over one thousand plants of marijuana with active root systems and other evidence related to the marijuana manufacturing operation, such as digital scales; a packaging machine; latex gloves; marijuana home grower's manual; miscellaneous paperwork, message boards and notebook with dates, times, and PH information; lighting systems; watering systems; and timers. A total of eleven rooms were identified in 2388 Titan Row, and were found to contain the following amounts of marijuana plants: Room #2 - 112 marijuana plants, Room #3 - 243 marijuana plants, Room #4 - 205 marijuana plants, Room #5 - 59 marijuana plants, Room #6 - 442 marijuana plants, Room #8 - 51 marijuana plants, Room #9 - 40 marijuana plants, Room #10 - 69 marijuana plants, and Room #11 - 234 marijuana plants.

In total, one thousand four hundred and fifty-five marijuana plants, each with active root systems, were found in 2388 Titan Row and were part of an active marijuana manufacturing operation. Based on the quantity of marijuana and other factors, the evidence shows that the marijuana was being manufactured, and was possessed with the intention of manufacturing and distributing the marijuana. Additionally, other marijuana plants were found that did not have active root systems, and were not counted as a result. The marijuana was submitted to the DEA laboratory in Miami. The execution of the search warrant was recorded on videotape and via digital photographs.

Interviews and Lease Agreement

HEREU was arrested on the outstanding arrest warrant mentioned above and was advised of his constitutional rights. HEREU signed a written waiver regarding his rights. HEREU stated the following in response to questioning by law enforcement officers. HEREU stated he believed it was okay to grow marijuana because it had been legalized in some states. HEREU stated he knew he was in a lot of trouble. HEREU indicated that he did not have a job and did not have any money as a result. HEREU admitted he worked in the grow house and stated that the setup was financed by the property's owner. HEREU provided additional statements to law enforcement. HEREU was also searched and found to have an iPhone and a set of keys that accessed 2388 Titan Row.

GOMEZ-GARCIA was arrested based on the probable cause set forth in the criminal complaint affidavit and also was illegally present in the country. GOMEZ-GARCIA was advised of his constitutional rights. GOMEZ-GARCIA stated he was an illegal alien. GOMEZ-GARCIA stated that HEREU paid him $500.00 per week to tend to the marijuana plants in the building, and admitted to performing that role in the operation. GOMEZ-GARCIA also provided his pedigree information to law enforcement. GOMEZ-GARCIA was also found in possession of a set of keys that accessed 2388 Titan Row and a cellular telephone.

A lease was obtained for the property that was entered on August 1, 2010, between HEREU and the property owner.

            Respectfully submitted,

            ROBERT E. O'NEILL
            United States Attorney

      By:  *s/ J. Bishop Ravenel*
          J. Bishop Ravenel
          Assistant United States Attorney
          USA Number 107
          501 West Church Street, Suite 300
          Orlando, Florida 32805
          Telephone: (407) 648-7500
          Facsimile: (407) 648-7643
          E-mail: Bishop.Ravenel@usdoj.gov

U.S. v. CARLOS ALBERTO HEREU					Case No. 6:11-cr-112-Orl-28DAB

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Gustavo D. Lage (attorney for HEREU)

*s/ J. Bishop Ravenel*
J. Bishop Ravenel
Assistant United States Attorney
USA Number 107
501 West Church Street, Suite 300
Orlando, Florida  32805
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:       Bishop.Ravenel@usdoj.gov