UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-  Case No. 6:11-cr-112-Orl-28DAB

CARLOS ALBERTO HEREU

_____

## NOTICE OF NO OBJECTION TO REPORT AND RECOMMENDATION

Defendant **CARLOS ALBERTO HEREU** has no objection to the Report and Recommendation issued by the Magistrate Judge on May 26, 2011 regarding the plea of guilty entered by **CARLOS ALBERTO HEREU**.

May 26, 2011

_____
CARLOS ALBERTO HEREU

_____
Counsel for **CARLOS ALBERTO HEREU**

Copies to:
Presiding District Judge and Courtroom Deputy Clerk
Asst. U.S. Attorney
Counsel for the Defendant